Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TIFFANY HENSCHEL,<br><br>　　　　　Defendant. | DOCKET No.  6:12-mj-001-MJS<br><br>**MOTION TO DISMISS; AND ORDER THEREON** |

    Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal as to Citation #1863543 and Citation #1863544, with prejudice in the interest of justice, and in accordance with 18 U.S.C. § 3607. HENSCHEL plead guilty with a Deferred Entry of Judgment to Citation #1863543: Possession of a controlled substance (marijuana) and to Citation #1863544: Possession of a controlled substance (mushrooms) on January 4, 2012. Citation #1863550 was dismissed at that time. HENSCHEL has complied with the terms of the agreement, in that she paid total fines of $750 and obeyed all laws for a twelve month period.

//

Dated:  January 21, 2014                    NATIONAL PARK SERVICE

                                             /S/ Matthew McNease
                                            Matthew McNease
                                            Acting Legal Officer

## **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *U.S. v. Tiffany Henschel*, 6:12-mj-001-MJS, be dismissed, with prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   January 22, 2014                    /s/ *Michael J. Seng*
                                            UNITED STATES MAGISTRATE JUDGE